UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STATE OF OKLAHOMA, ex rel., <br> MIKE HUNTER, <br> ATTORNEY GENERAL OF OKLAHOMA, <br> <br> Plaintiff, <br> <br> vs. <br> <br> (1) MCKESSON CORPORATION; <br> (2) CARDINAL HEALTH, INC.; <br> (3) CARDINAL HEALTH 105, INC.; <br> (4) CARDINAL HEALTH 108, LLC; <br> (5) CARDINAL HEALTH 110, LLC; <br> (6) AMERISOURCEBERGEN CORP.; <br> (7) AMERISOURCEBERGEN DRUG CORP. <br> <br> Defendants. | § § § § § § § § § § § § § § § § § § | Case No. CIV-20-90-c <br> JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff State of Oklahoma, ex rel., Mike Hunter, Attorney General of Oklahoma and its counsel of record hereby give notice of its voluntarily dismissal of the above-entitled action against all Defendants, without prejudice.

Dated: February 21, 2020

/s/ *Michael Burrage*
Michael Burrage, OBA No. 1350
Reggie Whitten, OBA No. 9576
Randa Reeves, OBA No. 30695
WHITTEN BURRAGE
512 N. Broadway Avenue, Suite 300
Oklahoma City, OK 73102

Telephone: (405) 516-7800
Facsimile: (405) 516-7859
Emails:
    mburrage@whittenburragelaw.com
    rwhitten@whittenburragelaw.com
    rreeves@whittenburragelaw.com

Mike Hunter, OBA No. 4503
ATTORNEY GENERAL FOR
  THE STATE OF OKLAHOMA
Abby Dillsaver, OBA No. 20675
GENERAL COUNSEL TO
  THE ATTORNEY GENERAL
Ethan A. Shaner, OBA No. 30916
DEPUTY GENERAL COUNSEL
313 N.E. 21st Street
Oklahoma City, OK 73105
Telephone: (405) 521-3921
Facsimile: (405) 521-6246
Emails: abby.dillsaver@oag.ok.gov
    ethan.shaner@oag.ok.gov

Bradley E. Beckworth, OBA No. 19982
Jeffrey J. Angelovich, OBA No. 19981
Lisa Baldwin, OBA No. 32947
Trey Duck, OBA No. 33347
Drew Pate, *pro hac vice*
Brooke A. Churchman, OBA No. 31964
Nathan B. Hall, OBA No. 32790
Ross Leonoudakis, *pro hac vice*
Robert Winn Cutler, *pro hac vice*
NIX, PATTERSON, LLP
512 N. Broadway Avenue, Suite 200
Oklahoma City, OK 73102
Telephone: (405) 516-7800
Facsimile: (405) 516-7859
Emails: bbeckworth@nixlaw.com
    jangelovich@nixlaw.com
    lbaldwin@nixlaw.com
    tduck@nixlaw.com
    dpate@nixlaw.com
    bchurchman@nixlaw.com
    nhall@nixlaw.com
    rossl@nixlaw.com

winncutler@nixlaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2020, a true and correct copy of the above and foregoing document was served in accordance with the Local Rules on all counsel of record through the Court's CM/ECF filing system.

*/s/ Michael Burrage*